**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STACEY KING,

      Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

      Defendant(s).

Case No. 2:20-cv-00055-RFB-NJK

**Order**

[Docket Nos. 51, 54]

      Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss.  Docket No. 51; *see also* Docket No. 50 (motion to dismiss).  Also pending before the Court is the parties' subsequent stipulation to say discovery.  Docket No. 54. Considering the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate in this case.

      Accordingly, the stipulation to stay discovery is **GRANTED** and the motion to stay discovery is **DENIED** as moot.  In the event resolution of the motion to dismiss does not result in the ending of this case, a joint proposed discovery plan must be filed within 14 days of the issuance of that order.

      IT IS SO ORDERED.

      Dated: October 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1