UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STACEY KING<br><br>　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　Defendants. | Case No. 2:20-cv-00055-ART-NJK<br><br>**Order**<br><br>[Docket No. 62] |

　　　Pending before the Court is non-party Lei King's motion to quash subpoena, filed on an emergency basis.[1]  Docket No. 62.  The motion seeks to quash a subpoena for Ms. King's deposition, which is currently scheduled for February 6, 2023.  *Id.* at 1.  The Court has reviewed the motion and does not find emergency treatment of the motion to be appropriate.

　　　Accordingly, the motion will be briefed under the default deadlines.  Further, the deposition of Lei King currently scheduled for February 6, 2023, is **VACATED** pending resolution of the motion to quash.

　　　IT IS SO ORDERED.

　　　Dated: February 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] In the future, movants must ensure that they use the correct case number on all filings.

1