# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY KING<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:20-cv-00055-ART-NJK<br><br>**Order**<br><br>[Docket No. 69] |

Pending before the Court is Defendants' emergency motion to extend discovery.  Docket No. 69  Any response must be filed no later than March 10, 2023.  No reply is needed.

IT IS SO ORDERED.

Dated: March 6, 2023

                                                                  _____
                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge

1